UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| Gregory Bartko, ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **JUDGMENT** | |
| ) | | |
| Clay Campbell Wheeler, Scott B. Hollenbeck, ) | No. 5:14-CT-3043-D | |
| George E.B. Holding, U.S. Attorney Thomas G. ) | | |
| Walker, ) | | |
| Defendants. ) | | |
| ) | | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED, ADJUDGED AND DECREED** that Bartko's action is DISMISSED under 28 U.S.C. § 1915A, and DENIES the pending motions [D.E. 6, 13, 16]. This case is closed.

**This judgment filed and entered on July 18, 2014, and served on:**

Gregory Bartko (via US Mail at FCI Yazoo City, PO Box 5000, Yazoo City, MS 39194)

July 18, 2014                                        /s/ Julie A. Richards,
                                                              Clerk of Court